IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08–02–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| NATHAN REMI PLOUFFE, | |
| Defendant. | |

The United States having moved unopposed to dismiss the Petition for Warrant for Offender Under Supervision,

IT IS ORDERED that the motion (Doc. 87) is GRANTED.  The pending Petition for Warrant for Offender Under Supervision (Doc. 77) is DISMISSED.

DATED this  23rd  day of April, 2020.

14:56 PM

Donald W. Molloy, District Judge
United States District Court