IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN REMI PLOUFFE,<br><br>Defendant. | CR 08–02–M–DWM<br>CR 19–51–M–DWM<br><br>NUNC PRO TUNC<br>ORDER |

Defense counsel Eric R. Henkel, counsel of record for the defendant, Nathan Remi Plouffe, having filed an Unopposed Motion for Substitution of Counsel,

IT IS ORDERED that the motion for substitution, (Doc. 48), is GRANTED and Eric R. Henkel is hereby removed as attorney of record in this case; and

IT IS FURTHER ORDERED that the Attorney below is appointed to represent the Defendant at every stage of the proceedings in both of the above-captioned cases from the date of this Order through disposition, including ancillary matters appropriate to the proceedings:

MATTHEW A. MCKEON
Datsopolous, MacDonald & Lind, P.C.
201 W. Main Street, Suite 1

1

Missoula, MT 59802
Telephone: (406)7728-0810

DATED this 22nd day of March, 2022.

_____
Donald W. Molloy, District Judge
United States District Court