IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN REMI PLOUFFE,<br><br>Defendant. | CR-08-02-M-DWM-KLD<br>CR-19-51-M-DWM-KLD<br><br>FINDINGS AND<br>RECOMMENDATION |

Before the Court is a petition alleging Defendant Nathan Remi Plouffe violated conditions of his supervised release. By Order entered July 20, 2023, United States District Judge Donald W. Molloy referred this matter to the undersigned to conduct a final revocation hearing. The Court conducted the hearing on July 28, 2023.

The petition filed in this case asserts Plouffe committed a violation of his conditions of release. The petition alleges that on June 19, 2023, Plouffe did not appear for his scheduled sex offender treatment appointment. The petition alleges that this was Plouffe's third missed treatment appointment; he also missed scheduled appointments on May 2, 2023, and May 19, 2023.

1

On June 21, 2023, the Court issued a warrant for Plouffe's arrest based on the matters alleged in the petition. On June 27, 2023, Plouffe was arrested.

At the July 28, 2023 hearing on the petition, Plouffe appeared with counsel and admitted to the alleged violation as set forth in the petition. The United States, Plouffe's counsel, and Plouffe were each given an opportunity to address the Court as to their recommendations and requests for an appropriate sentence and disposition of the petition.

Based on Plouffe's admissions to the allegations in the petition, the Court finds, by a preponderance of the evidence, that Plouffe committed the violation of his conditions of supervised release as alleged in the petition.

Having considered the record in this case, and the information and arguments presented at the hearing, the Court FINDS that Plouffe did not appear for his scheduled sex offender treatment appointment on June 19, 2023, in violation of the conditions imposed upon his supervised release.

It is therefore RECOMMENDED that the District Court revoke Plouffe's supervised release, and that Plouffe be committed to the custody of the United States Bureau of Prisons for a term of 10 months. Upon release from imprisonment, Plouffe should not be placed on supervised release. This sentence reflects both the seriousness of the violation of his conditions and Plouffe's inability to fully comply with the Court's conditions of supervised release, as well

as the significant time and resources that have been spent on Plouffe's supervision. The Court also considered Plouffe's acceptance of responsibility for missing his sex offender treatment appointments.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to these Findings and Recommendations within 14 days of the date it is served as indicated on the Notice of Electronic Filing. The District Judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made, and may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the District Judge, and may waive the right to appear and allocute before the District Judge.

DATED this 28th day of July, 2023.

Kathleen L. DeSoto
United States Magistrate Judge